THE KULLMAN FIRM
Samuel Zurik III (LA #24716)
Stephen L. Scott (LA #25869)
*Attorneys for Defendant ACS State and*
*Local Solutions, Inc.*
1600 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Phone ( 504) 524-4162

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Michael R. Gordon (MG-7838)
Daniel J. Doron (DD-6062)
*Attorneys for Defendant ACS State and*
*Local Solutions, Inc.*
599 Lexington Avenue
New York, New York 10022-6030
Phone: (212) 536-3900

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SHARON DURANT

              Plaintiff              05 CIV. 7303  (CM)

vs.

                                            ECF Case

(1)  A.C.S. STATE & LOCAL SOLUTIONS,
INC. a/k/a E-Z PASS

(2) TERRI SIMEON, SUPERVISOR         **NOTICE OF MOTION FOR**
                                                               **SUMMARY JUDGMENT**

(3) DISTINCTIVE TEMPORARIES a/k/a
EMPLOYEE LEASING OF GREATER NEW
YORK LLC

(4)  SUPERIOR STAFFING INC.

              Defendants

       PLEASE TAKE NOTICE that Defendant ACS State and Local Solutions, Inc. through

undersigned counsel hereby moves this Court for an Order pursuant to Rule 56 of the Federal Rules

of Civil Procedure granting Defendant's Motion and dismissing all of Plaintiff's claims with prejudice. In support of Defendant's Motion, Defendant relies upon its Statement of Uncontested Material Facts and its Memorandum in Support of Motion for Summary Judgment.

Respectfully submitted,

    s/Samuel Zurik III
SAMUEL ZURIK III (LA #24716)
STEPHEN L. SCOTT (LA #25869)
The Kullman Firm, A Professional Corporation
1600 Energy Centre, 1100 Poydras St. (70163)
Post Office Box 60118
New Orleans, LA 70160
Telephone:  (504) 524-4162
Facsimile:  (504) 596-4114

MICHAEL R. GORDON (MG 7838)
DANIEL J. DORON (DD 6062)
Kilpatrick, Lockhart, Nicholson & Graham, LLP
599 Lexington Avenue
New York, NY  10022-6030
Telephone: (212) 536-3400
Facsimile:  (212) 536-3901

**COUNSEL FOR DEFENDANT,
A.C.S. STATE & LOCAL SOLUTIONS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May, 2006, a copy of the foregoing Notice of Motion for Summary Judgment, was mailed, by overnight mail, and properly addressed to the following:

>Dennis Adjei-Brenyah
>12 Rensselaer Drive
>Spring Valley, NY  10977-1827


   s/Samuel Zurik III